United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    BRIAN BIERBAUM,                          Case No.  3:22-cv-04698-WHO

            Plaintiff,

8

9        v.                                   **ORDER OF DISMISSAL UPON SETTLEMENT**

10   LIFE INSURANCE COMPANY OF                 Re: Dkt. No. 27
     NORTH AMERICA,

11          Defendant.

12

13        The parties to the action, by and through their counsel, have advised the Court that they have

14   agreed to a settlement.

15        IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings

16   scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this Court,

17   with proper notice to opposing counsel within ninety (90) days from the date below, that settlement

18   has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for

19

20   further proceedings.

21        **IT IS SO ORDERED**.

22   Dated: May 25, 2023

23

24                                            _____
                                              WILLIAM H. ORRICK
25                                            United States District Judge

26

27

28